This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 217  SSM 19
The People &c.,
                Respondent,
          v.
James M. Roshia, Jr.
                Appellant.

Submitted by Albert F. Lawrence, for appellant.
Submitted by Alexander Lesyk, Esq., for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed. Defendant was indicted by a grand jury, a sexual assault evidence kit was taken from the victim, and County Court's order directing defendant to provide a DNA sample was authorized by statute (CPL 240.40[2][b][v]).  Accordingly, County Court did not err in

- 1 -

granting the People's application directing defendant to provide

a buccal swab for testing.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, in a memorandum.  Chief Judge DiFiore and Judges
Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.


Decided October 20, 2016